United States District Court

For the Northern District of California

1

2

3

4

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8  MARYLINE LINARES, *et al.*,                    No. C-14-3435 EMC

9            Plaintiffs,

10        v.                                **ORDER TO SHOW CAUSE**

11 CITIMORTGAGE, INC.,

12            Defendant.
   _____/

13

14        On August 14, 2014, Defendant filed motions to dismiss and a motion to strike Plaintiffs'

15 complaint, with a noticed hearing date of October 21, 2014.  Docket Nos. 13, 14.  Plaintiffs'

16 oppositions to these motions were due on August 28, 2014.  However, Plaintiffs have failed to file

17 an opposition pursuant to N.D. Cal. Local R. 7.  Accordingly, the Court hereby **VACATES** the

18 October 21, 2014 motion hearings and **ORDERS** Plaintiffs Maryline Linares and Mark Joseph

19 Linares to show cause why this case should not be dismissed for failure to prosecute and failure to

20 comply with court deadlines.  Plaintiffs shall file a declaration (and serve it on Defendant's counsel)

21 by October 28, 2014.

22        Notice is hereby given to Plaintiffs that failure to respond to this order to show cause may

23 result in dismissal of this case.  Accordingly, it is imperative that Plaintiffs file a written response by

24 the above deadline.

25        IT IS SO ORDERED.

26 Dated:  October 14, 2014

27                                                _____
                                                 EDWARD M. CHEN
28                                                United States District Judge