United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLINE LINARES, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CITIMORTGAGE, INC.,<br><br>        Defendant.<br>_____/ | No. C-14-3435 EMC<br><br>**ORDER REQUIRING FURTHER RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |

On October 14, 2014, this Court issued an order to show cause why this case should not be dismissed for failure to prosecute as a result of Plaintiffs failing to respond to Defendant's motion to dismiss and motion to strike. Docket No. 17. Two days later, Court staff received an e-mail from one of the Plaintiffs in this matter, in which Plaintiffs request a two month continuance, explaining that they need more time to "find an attorney to represent us in this matter" and requesting a two month continuance. Docket No. 17.

The Court will construe Plaintiffs' October 16, 2014 e-mail as a response to this Court's Order to Show Cause. Plaintiff's request for a two-month continuance to secure counsel is **DENIED**. The Court will, however, give Plaintiffs thirty (30) days to attempt to secure counsel. Accordingly, Plaintiffs are **ORDERED** to file a further response to this Court's October 14, 2014 Order to Show Cause no later by **November 25, 2014** at **5:00 p.m.** and also serve their response upon Defendant's counsel. This response shall explain Plaintiffs' (1) failure to response to Defendant's motion to dismiss and motion to strike, including their failure to communicate with the Court in any way until approximately a month and a half after their opposition was due and (2) why

this case should not be dismissed for Plaintiff's failure to prosecute. The Court stresses that even if Plaintiffs are unable to secure counsel, they are required to file a response to this order by November 25, 2014 at 5:00 p.m. and serve their response upon Defendant's counsel.

    Plaintiffs' failure to file the ordered response may result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

Dated: October 20, 2014

_____
EDWARD M. CHEN
United States District Judge