United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLINE LINARES, *et al.*, | No. C-14-3435 EMC |
| Plaintiffs, | |
| v. | **ORDER DISCHARGING ORDER TO SHOW CAUSE AND RESETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** |
| CITIMORTGAGE, INC., | |
| Defendant. | |
| _____/ | |

On August 14, 2014, Defendant filed motions to dismiss and a motion to strike Plaintiffs' complaint, with a noticed hearing date of October 21, 2014. Docket Nos. 13, 14. Plaintiffs' oppositions to these motions were due on August 28, 2014. However, Plaintiffs did not file any opposition. On October 14, 2014, the Court issued an order to show cause why the case should not be dismissed for failure to prosecute. Dkt. No. 17. Plaintiffs responded by sending an email to Court staff which stated Plaintiffs needed additional time to locate an attorney to represent them in this matter. Dkt. No. 18. On November 10, 2014, Rattan Dev S. Dhaliwal filed a notice of appearance on behalf of Plaintiffs and filed a response to the Court's order to show cause. Dkt. No. 21, 22. This response indicated that Plaintiffs failed to respond to Defendants' motions to dismiss and strike due to the distraction and stress associated with handling various personal matters in their lives. Dkt. No. 22, at 3.

The Court hereby discharges its October 14, 2014 order to show cause. Plaintiffs are advised that failure to comply with Court ordered deadlines may result in dismissal of their action. In the future, should they require additional time to respond to pleadings or to comply with deadlines, they

must file a request for an extension of time. Defendant's motions to dismiss and strike remain pending. The Court hereby re-calendars these motions for **January 22, 2015**. Plaintiffs' opposition shall be filed by January 5, 2015 and Defendant's reply shall be filed by January 12, 2015.

IT IS SO ORDERED.

Dated: December 2, 2014

_____
EDWARD M. CHEN
United States District Judge