Andrew A. Bao (SBN 247092)
aabao@wolfewyman.com
Meagan S. Tom (SBN 273489)
mstom@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California, Blvd., Suite 645
Walnut Creek, CA 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendants
CITIMORTGAGE, INC. and CITICORP MORTGAGE
SECURITIES, INC., Series 2007-A6 PRCC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARYLINE LINARES and MARK JOSEPH LINARES,<br><br>       Plaintiffs,<br><br>  v.<br><br>CITIMORTGAGE, INC., and as DOES 1 through 20 inclusive;<br><br>       Defendants. | Case No.: 3:14-cv-03435 EMC<br><br>[PROPOSED] ORDER ON STIPULATION ALLOWING PLAINTIFFS TO FILE AMENDED COMPLAINT<br><br>Date:<br>Time:<br>Place:  Courtroom 5, 17th Floor<br><br>Hon. Edward M. Chen<br><br>Action Filed:  05/16/14<br>Trial Date:     None set. |

    The Court, having considered the stipulation filed by Plaintiffs MARYLINE LINARES and MARK JOSEPH LINARES ("Plaintiffs") and Defendants CITIMORTGAGE, INC. and CITICORP MORTGAGE SECURITIES, INC. (CMALT), SERIES 2007-A6 PRCC ("Defendants"), to allow Plaintiffs to amend the Complaint to address Defendants' claimed defects therein, and good cause appearing;

    IT IS ORDERED THAT:

    1.    Plaintiffs shall file and electronically serve on Defendants' counsel an Amended Complaint by February 13, 2015;

///

1
**ORDER ON STIPULATION ALLOWING PLAINTIFFS TO FILE AMENDED COMPLAINT**

1900513.1

2.      Defendants' response to the Amended Complaint shall be filed no later than fourteen (14) days after the Amended Complaint is filed and served.

IT IS SO ORDERED.

DATED: __1/13__, 2015



By: _____

2

**ORDER ON STIPULATION ALLOWING PLAINTIFFS TO FILE AMENDED COMPLAINT**

1900513.1