Andrew A. Bao (SBN 247092)
aabao@wolfewyman.com
Meagan S. Tom (SBN 273489)
mstom@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California, Blvd., Suite 645
Walnut Creek, CA 94596-3502
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendants
CITIMORTGAGE, INC. and CITICORP MORTGAGE
SECURITIES, INC., Series 2007-A6 PRCC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARYLINE LINARES and MARK JOSEPH LINARES,<br><br>　　　　　Plaintiffs,<br><br>  v.<br><br>CITIMORTGAGE, INC., and as DOES 1 through 20 inclusive;<br><br>　　　　　Defendants. | Case No.: 3:14-cv-03435 EMC<br><br>~~[PROPOSED]~~ ORDER RE CITIMORTGAGE, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE<br><br>Date:　September 25, 2015<br>Time:　10:00 a.m.<br>Dept.: Judge's Chambers, 15th Floor<br>Hon. Judge Maria Elena James<br><br>Action Filed:　05/16/14<br>Trial Date:　　None set. |

　　　After consideration by this Court, the request to excuse Defendant CITIMORTGAGE, INC.'s ("CMI") client representative from appearing in person at the Settlement Conference on September 25, 2015 at 10:00 a.m. in the above-referenced matter, is hereby GRANTED.  The representative shall be available at all times to participate telephonically in accordance with ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.


DATED: _August 26, 2015_　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE MARIA ELENA JAMES

1
**ORDER GRANTING DEFENDANT'S REQUEST TO EXCUSE CLIENT REPRESENTATIVE FROM IN PERSON APPEARANCE AT SETTLEMENT CONFERENCE**

2085580.1